49)
km
(11/9/0)

Request
CFR

1:00cv0585

```
10/24/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                        1

TRNS-ADJ        DATE      FUND     CASE NO                  DEF       AMOUNT
*********************************************************************************
                                   SCRANTON
80300268001.   10/23/01   504100                             0        -35.00
80300268002.   10/23/01   322360                             0         35.00
80300268101.   10/23/01   6855XX    3:01-OP-1                1       -112.30
80300268102.   10/23/01   5100PL                             0          2.40
80300268103.   10/23/01   0869PL                             0          2.40
80300268104.   10/23/01   5100PL                             0          2.40
80300268105.   10/23/01   0869PL                             0         17.08
80300268106.   10/23/01   0869PL                             0          2.47
80300268107.   10/23/01   0869PL                             0          2.47
80300268108.   10/23/01   5100PL                             0          4.10
80300268109.   10/23/01   0869PL                             0         12.77
80300268110.   10/23/01   5100PL                             0          7.77
80300268111.   10/23/01   0869PL                             0         30.11
80300268112.   10/23/01   5100PL                             0          9.28
80300268113.   10/23/01   5100PL                             0         12.00
80300268114.   10/23/01   5100PL                             0          7.05
80300268201.   10/23/01   6855XX    3:01-OP-1                1        -20.56
80300268202.   10/23/01   5100PL                             0          8.00
80300268203.   10/23/01   0869PL                             0         12.56
80300268301.   10/23/01   086900                             0         -5.00
80300268302.   10/23/01   6855XX    3:01-OP-1                1          5.00

                                                   DIVISION TOTAL      0.00
```

T2082-3   $12.50   1:00-0585   WILSON

FILED
SCRANTON
OCT 24 2001
PER _____
      DEPUTY CLERK