```
01/18/02                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                               1

TRNS-ADJ         DATE       FUND      CASE NO             DEF                    AMOUNT
**************************************************************************************************
                                      SCRANTON
80300275601.   01/17/02   6855XX    3:02-OP-1              1                     -60.44
80300275602.   01/17/02   0869PL                           0                       6.38
80300275603.   01/17/02   5100PL                           0                       7.05
80300275604.   01/17/02   5100PL                           0                       7.71
80300275605.   01/17/02   0869PL                           0                       8.95
80300275606.   01/17/02   5100PL                           0                      23.33
80300275607.   01/17/02   6855XX                           0                       7.02
80300275701.   01/17/02   504100    3:02-OP-1              1                  -3,679.00
80300275702.   01/17/02   504100    3:00-CR-133-13        13                      25.00
80300275703.   01/17/02   6855XX    3:93-CR-090-01         1                      25.00
80300275704.   01/17/02   504100    3:00-CR-308-01         1                      50.00
80300275705.   01/17/02   504100    3:98-CR-086-02         2                      25.00
80300275706.   01/17/02   504100    3:00-CR-099-01         1                      25.00
80300275707.   01/17/02   504100    3:99-CR-226-01         1                      25.00
80300275708.   01/17/02   504100    3:00-CR-304-01         1                      25.00
80300275709.   01/17/02   504100    3:99-CR-302-02         2                      25.00
80300275710.   01/17/02   6855XX    3:01-CR-009-01         1                      25.00
80300275711.   01/17/02   504100    3:00-CR-349-01         1                      25.00
80300275712.   01/17/02   504100    3:95-CR-163-01         1                     236.00
80300275713.   01/17/02   504100    3:00-CR-023-03         3                      25.00
80300275714.   01/17/02   504100    3:00-CR-257-01         1                      25.00
80300275715.   01/17/02   504100    3:98-CR-275-01         1                      25.00
80300275716.   01/17/02   504100    3:98-CR-322-01         1                      25.00
80300275717.   01/17/02   504100    3:99-CR-186-01         1                      25.00
80300275718.   01/17/02   504100    3:94-CR-085-04         4                      25.00
80300275719.   01/17/02   504100    3:00-CR-051-01         1                      25.00
80300275720.   01/17/02   504100    3:98-CR-294-06         6                      25.00
80300275721.   01/17/02   504100    3:95-CR-285-01         1                      30.00
80300275722.   01/17/02   504100    3:00-CR-023-02         2                      25.00
80300275723.   01/17/02   504100    3:99-CR-205-01         1                      31.00
80300275724.   01/17/02   504100    3:98-CR-322-01         1                      25.00
80300275725.   01/17/02   504100    3:99-CR-186-01         1                      92.00
80300275726.   01/17/02   504100    3:00-CR-251-01         1                      25.00
80300275727.   01/17/02   504100    3:96-CR-136-01         1                      25.00
80300275728.   01/17/02   504100    3:98-CR-056-02         2                     112.00
80300275729.   01/17/02   504100    3:00-CR-020-02         2                      25.00
80300275730.   01/17/02   504100    3:98-CR-212-01         1                      25.00
80300275731.   01/17/02   6855XX    3:95-CR-036-01         1                     100.00
80300275732.   01/17/02   504100    3:00-CR-213-01         1                      25.00
80300275733.   01/17/02   504100    3:00-CR-231-04         4                      25.00
80300275734.   01/17/02   504100    3:00-CR-272-01         1                      25.00
80300275735.   01/17/02   504100    3:00-CR-228-01         1                      50.00
80300275736.   01/17/02   504100    3:99-CR-274-01         1                      33.00
80300275737.   01/17/02   504100    3:98-CR-136-02         2                      25.00
80300275738.   01/17/02   504100    3:98-CR-050-01         1                      25.00
80300275739.   01/17/02   504100    3:99-CR-080-02         2                     100.00
80300275740.   01/17/02   504100    3:99-CR-190-01         1                      25.00
80300275741.   01/17/02   504100    3:99-CR-046-04         4                      25.00
80300275742.   01/17/02   504100    3:00-CR-133-10        10                      25.00
80300275743.   01/17/02   504100    3:98-CR-154-01         1                      50.00
80300275744.   01/17/02   504100    3:99-CR-292-01         1                      25.00
80300275745.   01/17/02   504100    3:99-CR-286-01         1                      25.00
80300275746.   01/17/02   504100    3:99-CR-228-01         1                      25.00
80300275747.   01/17/02   6855XX    3:00-CR-213-04         4                      58.00
```

FILED
SCRANTON
JAN 1 8 2002
PER _____ DEPUTY CLERK

CFK
50
M
1-29-02

T2756-2   $6.38   1:00-585   WILSON