1:00CV-585
Termed - CFR

(51)
KM
4/2/02

```
03/25/02                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    1
TRNS-ADJ         DATE       FUND      CASE NO                       DEF        AMOUNT
*************************************************************************************************
                                      SCRANTON
80300283201.    03/25/02    504100    3:98-CR-294-03                 3          -5.00
80300283202.    03/25/02    6855XX    3:02-OP-1                      1           5.00
80300283301.    03/25/02    5100PL                                   0         -15.20
80300283302.    03/25/02    6855XX    3:02-OP-1                      1          15.20
80300283401.    03/25/02    6855XX    3:02-OP-1                      1         -25.00
80300283402.    03/25/02    0869PL                                   0          25.00
80300283501.    03/25/02    6855XX    3:02-OP-1                      1         -91.94
80300283502.    03/25/02    0869PL                                   0          30.55
80300283503.    03/25/02    5100PL                                   0           6.15
80300283504.    03/25/02    5100PL                                   0           7.71
80300283505.    03/25/02    5100PL                                   0          16.27
80300283506.    03/25/02    0869PL                                   0           7.99
80300283507.    03/25/02    0869PL                                   0           4.20
80300283508.    03/25/02    5100PL                                   0          10.00
80300283509.    03/25/02    0869PL                                   0           9.07

                                                          DIVISION TOTAL        0.00
```

REC 87368   3/20/02   30.55   1:00-0585   WILSON

FILED
SCRANTON
MAR 2 0 2002
PER _____ DEPUTY CLERK