04/16/02                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                           1

TRNS-ADJ         DATE        CASE NO        FUND      DEF       AMOUNT
*********************************************************************************
                                           SCRANTON
80300285801.   04/16/02                    5100PL      0         -50.04
80300285802.   04/16/02     3:02-OP-1      6855XX      1          50.04
80300285901.   04/16/02                    5100PL      0         -90.00
80300285902.   04/16/02                    0869PL      0         -60.00
80300285903.   04/16/02     3:02-OP-1      6855XX      1         150.00
80300286001.   04/16/02     3:02-OP-1      6855XX      1         -78.97
80300286002.   04/16/02                    0869PL      0           3.30
80300286003.   04/16/02                    5100PL      0           4.00
80300286004.   04/16/02                    5100PL      0           8.53
80300286005.   04/16/02                    0869PL      0          29.12
80300286006.   04/16/02                    5100PL      0          20.20
80300286007.   04/16/02                    0869PL      0           6.80
80300286008.   04/16/02                    0869PL      0           4.00
80300286009.   04/16/02                    5100PL      0           3.02

                                                   DIVISION TOTAL      0.00

REC 87680  4/16/02    $3.30    1:00-585   WILSON (PD IN FULL)

TERMED

FILED
SCRANTON
APR 15 2002
PER _____ DEPUTY CLERK

(52)
Ⓜ
4/25/02